IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN NATALE and RICHARD NATALE,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>WAL-MART STORES, INC.,<br>　　　Defendant. | CIVIL NO.: 3:15-cv-0808<br><br>Magistrate Judge Saporito<br><br>FILED<br>WILKES BARRE<br>JUN 2 4 2016<br>Per _____ |

<u>ORDER</u>

AND NOW, this 24th day of June, 2016, following our *in camera* review of the defendant's claims log and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The motion to compel discovery (Doc. 28) is GRANTED IN PART and DENIED IN PART with respect to production of a copy of page 3 of 35 of the claims log with the "store version" statement unredacted.

2. No later than June 28, 2016, the defendant shall produce to counsel for the plaintiffs a copy of page 3 of 35 of the claims log (Doc. 28-9 at 4) with the first sentence of the "store version" statement unredacted. The second sentence thereof shall remain redacted.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Dated: June 24, 2016